FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ DEC 04 2018 ★
BROOKLYN OFFICE

Rec'd 1/4/18
1/4/18
The Clerk is directed to close this case.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

LEONARDO PALAX and PASCUAL GARCIA,
individually and on behalf of all others similarly
situated,

                    Plaintiffs,

-against-

KUM GANG INC. D/B/A KUM GANG SAN and
JI SUNG YOO, as an individual,

                    Defendants.

---x

18-cv-02095-ENV-PK

**Application Granted**
**SO ORDERED**
Brooklyn, New York
Dated: 12/4/2018

/s/ USDJ ERIC N. VITALIANO
Eric N Vitaliano
United States District Judge

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, that Defendant Kum Gang Inc. d/b/a ONLY is hereby dismissed without prejudice, without costs or attorneys' fees to any party as against any other.

Furthermore, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned cousel of record that the Motion for Collective Class Certification is hereby withdrawn without prejudice, and without costs or attorneys' fees.

Dated: Queens, New York
       September 17, 2018

/s/ Roman Avshalumov
James Patrick Peter O'Donnell
HELEN F. DALTON & ASSOCIATES, P.C.
69-12 Austin Street
Forest Hills, New York 11375
Attorneys for Plaintiffs